# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138093

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 138093
                                            COA: 276394
                                            Wayne CC: 06-011003-02

COREY ALLEN DOTSON,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the December 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615